Demario Terrell BRYANT, Appellant,

v.

STATE of Missouri, Respondent.

No. 66654.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied
July 25, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the findings and conclusions of the motion court are not clearly erroneous. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).